# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ANGELA C. TURNER,<br><br>    Plaintiff,<br>v.<br><br>PARAMOUNT RECOVERY SERVICES, L.P.,<br><br>    Defendant. | Case No.  4:17-cv-00662-ALM<br><br>Honorable Judge Amos L. Mazzant |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff ANGELA C. TURNER, and the Defendant, PARAMOUNT RECOVERY SERVICES, L.P, , through their respective counsel that the above-captioned action is dismissed, with prejudice, against PARAMOUNT RECOVERY SERVICES, L.P, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 13, 2018                                    Respectfully Submitted,

**ANGELA C. TURNER**                                    **PARAMOUNT RECOVERY SERVICES, L.P.**

/s/ Nathan C. Volheim                                    /s/ William Keith Weir (*with consent*)
Nathan C. Volheim                                        William Keith Weir
*Counsel for Plaintiff*                                  *Counsel for Defendant*
Sulaiman Law Group, LTD                                  Bush & Ramirez, LLC
2500 S. Highland Avenue, Suite 200                       5616 Kirby Drive, Suite 900
Lombard, Illinois 60148                                  Houston, TX 77005
Phone: (630) 575-8181                                    Phone: (512) 949-5914
Fax :(630) 575-8188                                      kweir@mauricewutscher.com
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim