# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ANGELA C. TURNER,<br><br>　　　Plaintiff,<br>v.<br><br>PARAMOUNT RECOVERY SERVICES, L.P.,<br><br>　　　Defendant. | Case No.  4:17-cv-00662-ALM<br><br>Honorable Judge Amos L. Mazzant |

## ORDER OF DISMISSAL WITH PREJUDICE

　　Plaintiff, ANGELA C. TURNER ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, having filed with this Court her Agreed Stipulation of Dismissal with Prejudice   and the Court having reviewed same, now finds that this matter should be dismissed.

　　IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

　　All relief not previously granted is hereby denied.

　　The Clerk is directed to close this civil action.

　　**SIGNED this 14th day of November, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE